

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00066-CV

_____

IN THE GUARDIANSHIP OF HANNAH CHRISTINA MARIE TILTON, AN
INCAPACITATED PERSON

---

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2021-GD00186-2

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Kathleen Kienitz, in her capacity as Trustee of the Hannah Tilton Supplemental Needs Trust, filed a notice of appeal from the probate court's "Order Overruling Special Appearance." This court then learned that the probate court had vacated the appealed-from order. This court notified Appellant that "it appear[ed] that there is no longer an order from which to appeal, and the appeal is moot" and would be dismissed unless this court received a response stating grounds for continuing it.

We have not received a response. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Khorrami v. Torres*, No. 02-14-00242-CV, 2014 WL 5307196, at *1 (Tex. App.—Fort Worth Oct. 16, 2014, no pet.) (mem. op.) (dismissing appeal as moot after trial court vacated appealed-from order).

Per Curiam

Delivered: March 21, 2024